IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          CHAPTER 7 NO.:

Brittany Lang                                   17-04514-ee

### RESCISSION OF REAFFERMATION AGREEMENT

COMES NOW Brittany Lang, Debtor, by and through counsel, and files this Rescission of Reaffirmation Agreement with Ford Motor Credit Company, LLC (Dkt#11). On or about February 27, 2018, Debtor was involved in a motor vehicle accident resulting in a total loss to her 2016 Ford Edge. Said vehicle is insured and Ford Motor Credit Company, LLC is the loss payee. Due to the loss of the vehicle and possible deficiency claim, Brittany Lang rescinds the Reaffirmation Agreement (Dkt#11) that she signed with Ford Motor Credit Company, LLC on or about January 11, 2018. Any remaining deficiency balance owed to Ford Motor Credit Company, LLC should be subject to the discharge order entered by this Court.

Submitted on this the ____9th____ day of March, 2018.

Respectfully submitted,

_____
Brittany Lang

Prepared by:
Robert Rex McRaney
McRANEY & McRANEY
Attorneys at Law
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Debtor, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Trustee, the United States Trustee, and other parties in interest, if any, as identified below.

**Ford Motor Credit Company, LLC**
**Olivia Spencer**

**Chapter 7 Trustee**
**Eileen N. Shaffer**

**United States Trustee**

Dated: March 9, 2018

/s/ Robert Rex McRaney, Jr.
Robert Rex McRaney, Jr.

Robert Rex McRaney, Jr.
McRANEY & McRANEY
Attorneys at Law
503 Springridge Road
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808